## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*December 8, 2006*

[Cite as *12/8/2006 Case Announcements #2*, 2006-Ohio-6466.]

### MOTION AND PROCEDURAL RULINGS

**2006–1944.  A. Schulman, Inc. v. Wilkins.**
Board of Tax Appeals, No. 2004–B–370. This cause is pending before the court as an appeal and cross-appeal from the Board of Tax Appeals.

It is ordered by the court, sua sponte, that briefing in this case is stayed until further order of the court.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*December 11, 2006*

[Cite as *12/11/2006 Case Announcements*, 2006-Ohio-6473.]

### MOTION AND PROCEDURAL RULINGS

**2005–0331.  Whitaker v. M.T. Automotive, Inc.**
Summit App. No. 21836, 2004-Ohio-7166. This cause came on for further consideration of appellant's motion to strike appellee's motion for reconsideration, or, in the alternative, to establish a new deadline for filing a response. Upon consideration thereof,

It is ordered by the court that appellant may file a memorandum opposing the motion for reconsideration within seven days of the date of this entry.

**2006–1531.  Goyings v. Rickels.**
Paulding App. No. 11–06–03. This cause came on for further consideration of appellant's application for leave to file a motion for reconsideration. Upon consideration thereof,

It is ordered by the court that the application for leave is denied.

**2006–2079.  State ex rel. Griffin v. Smith.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. On December 6, 2006, respondent Geri M. Smith filed a notice of filing of removal in the United States District court for the Southern District of Ohio, Eastern Division. Upon consideration thereof,

It is ordered by the court that this cause is stayed pending the federal court's determination. The parties shall notify this court upon the conclusion of the federal court proceedings.

### MISCELLANEOUS DISMISSALS

**2006–2133.  State v. Rogers.**
In Procedendo. This cause originated in this court on the filing of a complaint for a writ of procedendo. Upon consideration of relator's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

### MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2006–2206.  State ex rel. Kelley v. Indus. Comm.**
Franklin App. No. 05AP–1161, 2006-Ohio-5514.